```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
             Civil No. 16-3267(DSD/TNL)
```

Earl A. Fry,

        Petitioner,

v.                                                 **ORDER**

Red Wing Correctional,
Red Wing, MN,

        Respondent.

This matter is before the court upon the report and recommendation of Magistrate Judge Tony N. Leung dated December 8, 2016 (R&R).  The magistrate judge recommended that (1) the petition for habeas corpus be dismissed without prejudice; (2) the motion to appoint counsel be denied; and (3) no certificate of appealability be issued.  No objections to the R&R have been filed in the time period permitted.  Under these circumstances, the court finds it appropriate adopt the R&R.

      Accordingly, **IT IS HEREBY ORDERED** that:

    1.  The R&R [ECF No. 8] is adopted in its entirety;

    2.  The petition for habeas corpus [ECF No. 1] is dismissed without prejudice;

    3.  The motion to appoint counsel [ECF No. 5] is denied; and

    4.  No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 3, 2017

                                               s/David S. Doty
                                               David S. Doty, Judge
                                               United States District Court